E-filing                     FILED

                      08 JUN 24  PM 2:23

## PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name    LEWIS       REGINALD            T.
        (Last)      -        (First)            (Initial)

Prisoner Number    P 95159

Institutional Address    SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94964

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

CV 08        3062

REGINALD LEWIS
_____
Full Name of Petitioner

Case No.(To be provided by the
clerk of court)          **(PR)**

                              **SBA**

CALIFORNIA DEPT. OF CORRECTIONS  vs.
C/O BOARD OF PRISON TERMS    PETITION FOR A WRIT OF HABEAS CORPUS
Name of Respondent
(Warden or jailor)

Read Comments Carefully Before Filling In

### When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your

1

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1.    What sentence are you challenging in this petition?

(a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

BOARD OF PRISON TERMS                SANTA CLARA COUNTY
_____             _____
        Court                               Location

(b)   Case number, if known _____
(c)   Date and terms of sentence _____
(d)   Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc. (Yes)  No    SAN QUENTIN STATE PRISON

Where? SAN QUENTIN, CA 94964
_____
      (Name of Institution)              (Address)

2.    For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

ALLEGED PAROLE VIOLATION
_____

_____

_____

3.    Did you have any of the following?

Arraignment: Yes __ No ∠ Preliminary Hearing: Yes __ No ∠ Motion to Suppress: Yes __ No ∠

3

4.    How did you plead?

Guilty _____    Not Guilty __✓__    Nolo Contendere _____

Any other plea (specify) _____

5    If you went to trial, what kind of trial did you have?    *N/A*

Jury _____    Judge alone _____    Judge alone on a transcript _____

6.    Did you testify at your trial?  Yes __ No __    *N/A*

7.    Did you have an attorney at the following proceedings:    *N/A*

(a)    Arraignment    Yes __        No __
(b)    Preliminary hearing        Yes        No __
(c)    Time of plea    Yes __        No _
(d)    Trial    Yes __        No __
(e)    Sentencing    Yes __        No __
(f)    Appeal    Yes __        No
(g)    Other post-conviction proceeding    Yes __        No __

8.    Did you appeal your conviction?    Yes __ No __    *N/A*

(a)    If you did, to what court(s) did you appeal?

| | | | |
|---|---|---|---|
| Court of Appeal | Yes __ | No __ | _____ |
| | | | (Year)    (Result) |
| Supreme Court of California | Yes __ | No __ | _____ |
| | | | (Year)    (Result) |
| Any other court | Yes __ | No __ | _____ |
| | | | (Year)    (Result) |

(b)    If you appealed, were the grounds the same as those that you are raising in this petition?
        Yes __ No __

(c)    Was there an opinion?    Yes    No

(d)    Did you seek permission to file a late appeal under Rule 31(a)?
        Yes        No

4

Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. § 2244(b).

(a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I.    Name of Court _____

Type of Proceeding _____

Grounds raised (Be brief but specific):

a.    _____

b.    _____

c.    _____

d.    _____

Result _____ Date of Result _____

II.    Name of Court _____

Type of Proceeding _____

Grounds raised (Be brief but specific):

a.    _____

b.    _____

c.    _____

d.    _____

Result _____ Date of Result _____

III.    Name of Court _____

6

Type of Proceeding _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result _____ Date of Result _____

    (b)   Is any petition, appeal or other post-conviction proceeding now pending in any

court?    Yes __ No ✓

_____

(Name and location of court)

## B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you need more space. Answer the same questions for each claim.

Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. § 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).

Claim One: VIOLATION OF DUE PROCESS

PETITIONER SHOULD HAVE BEEN RELEASED 5-23-08

Supporting Facts: MY FINAL REVOCATION HEARING WAS HELD 41 DAYS AFTER PLACEMENT OF THE PAROLE HOLD, AND THE DUE PROCESS LIMIT IS 35 DAYS (FROM 4/17/08)

Claim Two: THE DELAY HAS CAUSED MY HEARING TO BE PREJUDICED.

Supporting Facts: NONE OF MY REQUESTED WITNESSES RECEIVED A SUBPOENA. MY STATE WITNESS WAS UNAVAILABLE BECAUSE THE HEARING WAS HELD 5-28-08.

Claim Three: THIS IS THE SECOND SERIOUS VIOLATION AGAINST ME BY THE BOARD.

Supporting Facts: IN THE PREVIOUS INCIDENT, I WAS HELD IN SAN QUENTIN (ON FALSE CHARGES) FOR 6 MONTHS WITHOUT A SCREENING OFFER, NOR A REVOCATION HEARING.

If any of these grounds was not previously presented to any other court, state briefly which

grounds were not presented and why:

_____

_____

_____

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

VALDIVIA vs. SCHWARZENEGGER
(NO. CIV. S-94-0671 LKK/GGH)

Do you have an attorney for this petition?    Yes __ No ✓

If you do, give the name and address of your attorney:

WILL THE COURT PLEASE APPOINT AN ATTORNEY?

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on __6-17-08__        _____
                Date                    Signature of Petitioner

( rev. 5/96)

9

REGINALD LEWIS P95159
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94964

CLERK OF U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
BOX 36060
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA



MAILED FROM ZIP CODE 94964

94102361 0004