IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD LEWIS

Plaintiff,

v.

CALIFORNIA DEPT OF
CORRECTION   Defendant.

CASE NO. CV 08 3062 SBA (PR)

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, REGINALD LEWIS, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

LAST EMPLOYED BY: TEK SYSTEMS

2.   Have you received, within the past twelve (12) months, any money from any of the following sources:

   a.   Business, Profession or       Yes ___ No ✓
        self employment
   b.   Income from stocks, bonds,    Yes ___ No ✓
        or royalties?

    c.    Rent payments?    Yes ___ No ✓

    d.    Pensions, annuities, or life insurance payments?    Yes ___ No ✓

    e.    Federal or State welfare payments, Social Security or other government source?    Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3.    Are you married?    Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a.    List amount you contribute to your spouse's support:

$ _____

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____NONE_____

_____

5.    Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile? Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___ No ✓

Name(s) and address(es) of bank: $ 4 DOLLARS IN PRISON ACCOUNT

Present balance(s): $ $ 4 DOLLARS

Do you own any cash? Yes ✓ No ___ Amount: $ 4 DOLLARS

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
  Yes ___ No ✓

8.   What are your monthly expenses?

Rent: $ N/A        Utilities: N/A

Food: $ N/A        Clothing: N/A

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

NO

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

3

```
TS210B                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                              ITAS TRUST ACCOUNT DISPLAY

--------------   ACCOUNT INFORMATION   --------------   ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  P95159
   ACCOUNT NAME:  LEWIS, REGINALD  TYRONE
   ACCOUNT TYPE:  I
CURRENT BALANCE:           4.01
   HOLD BALANCE:           0.00
  ENCUM. BALANCE:          0.00
      AVAILABLE:           4.01
PRIVILEGE GROUP:  U
   LAST CANTEEN:
------------------------- ACCOUNT TRANSACTIONS ------------------------TS210CA
   DATE    TRAN    AMOUNT       DESCRIPTION     CHECK NUM     COMMENT      BALANCE
 --------  ----  -----------  ---------------   ----------   ----------   ----------
 06/04/08  DD31        4.01   CHECK DEPOSIT O                4716/R&R          4.01


PAGE#      1 OF     1 PAGES
```

*Reginald Lewis* (signature)
REGINALD LEWIS